**KOITO MANUFACTURING CO., LTD. and North American Lighting, Inc., Plaintiffs–Cross Appellants,**

v.

**TURN–KEY–TECH, LLC and Jens Ole Sorensen, Defendants–Appellants.**

Nos. 03–1565, 03–1603.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 21, 2003.

### ORDER

The cross–appellant having failed to pay the docketing fee required by Federal Cir-

cuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.